UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-mj-01452-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| MOHAMMED EL-GAMAL, | ) | |
| Defendant. | ) | |

This matter is before the Court on "El-Gamal's Motion to Release Property Bond."

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to release the Bond placed on Dr. El-Gamal's property.

SO ORDERED.

This the 16th day of June, 2011.

James E. Gates
United States Magistrate Judge